# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **CARLOS PERDUE,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:14-cv-02144-RDP-TMP |
| **BIBB COUNTY CORRECTIONAL FACILITY HEALTHCARE UNIT, et al.,** | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on June 13, 2016, recommending that Defendants' special reports be treated as motions for summary judgment and further recommending that the motions be granted. (Doc. 35). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that Defendants' motions for summary judgment are **GRANTED**, the court finding no genuine issues of material fact exist.

**DONE** and **ORDERED** this July 12, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE